IN RE PAYMENT CARD INTER-
CHANGE FEE AND MERCHANT
DISCOUNT ANTITRUST LITIGA-
TION

15–217 (Lead)
15–234 (Con)
15–519 (Con)

United States Court of Appeals,
Second Circuit.

August 10, 2016

FOR APPELLANTS: JOHN J.
PENTZ, Sudbury, MA. JOSHUA R. FUR-
MAN, Joshua R. Furman Law Corp.,
Sherman Oaks, CA.

FOR APPELLEES: K. CRAIG WILD-
FANG (Thomas J. Undlin, Ryan W.
Marth), Robins Kaplan LLP, Minneapolis,
MN; H. Laddie Montague, Merrill G. Da-
vidoff, Michael J. Kane, Berger & Mon-
tague, P.C., Philadelphia, PA; Patrick
Coughlin, Joseph David Daley, Alexandra
Senya Bernay, Robbins Geller Rudman &
Dowd LLP, San Diego, CA; Joseph

Goldberg, Freedman Boyd Goldberg Urias
& Ward, P.A., Albuquerque, NM.

PRESENT: DENNIS JACOBS,
BARRINGTON D. PARKER, REENA
RAGGI, Circuit Judges.

## SUMMARY ORDER

Appellants, class members who objected
to a proposed settlement and request for
fees, appeal from the judgment of the
United States District Court for the East-
ern District of New York (Brodie, J.)
granting service awards to class represen-
tatives. We assume the parties' familiarity
with the underlying facts, the procedural
history, and the issues presented for re-
view.

The settlement in question was the sub-
ject of an appeal before another panel of
this Court. In re Payment Card Inter-
change Fee and Merchant Discount Anti-
trust Litig., No. 12–4671–cv(L). The Court
in that appeal vacated certification of the
class action, reversed the approval of the
settlement, and remanded for further pro-
ceedings. Therefore, this appeal concern-
ing class representative service awards is
moot.

Accordingly, we hereby **DISMISS** as
moot the appeal from the judgment of the
district court.